# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151 (SRC) (CLW)<br>Civil Action No. 05-2367 (SRC) (CLW) |
| THIS DOCUMENT RELATES TO:<br>THE SECURITIES CLASS ACTION | |

## JUDGMENT APPROVING CLASS ACTION SETTLEMENT

WHEREAS, a securities class action is pending in this Court entitled *In re Merck & Co., Inc. Sec., Derivative & "ERISA" Litig.*, MDL No. 1658 (SRC), Case No. 2:05-CV-01151-SRC-CLW (D.N.J.), Case No. 2:05-CV-02367-SRC-CLW (D.N.J.) (the "Action");

WHEREAS, unless otherwise defined in this Judgment, the capitalized terms herein shall have the same meaning as they have in the Stipulation and Agreement of Settlement dated February 8, 2016 (the "Stipulation");

WHEREAS, by Order dated January 30, 2013, the Court certified a class consisting of all persons and entities who, from May 21, 1999, to September 29, 2004, inclusive, purchased or otherwise acquired Merck Common Stock or Merck Call Options, or sold Merck Put Options (the "Certified Class"), and by Order dated August 6, 2013, directed that notice of the pendency of the class action be sent to potential members of the Certified Class ("Certified Class Notice");

WHEREAS, the Certified Class Notice was sent to Certified Class Members beginning on September 4, 2013, and the Summary Notice of Pendency of Class Action was published once in *The Wall Street Journal* and transmitted once over the *PR Newswire* on September 12, 2013;

WHEREAS, the Certified Class Notice provided Certified Class Members with the opportunity to request exclusion from the Certified Class, stated that it was within the Court's

discretion whether to permit a second opportunity to request exclusion if there is a settlement, and stated that Certified Class Members who choose to remain a member of the class "will be bound by all past, present and future orders and judgments in the Action, whether favorable or unfavorable";

WHEREAS, certain persons and entities exercised their right to request exclusion from the Certified Class in response to the Certified Class Notice;

WHEREAS, (a) Lead Plaintiffs Public Employees' Retirement System of Mississippi, Steven LeVan, Jerome Haber and Richard Reynolds (collectively, "Lead Plaintiffs"), on behalf of themselves and the Settlement Class (defined below); and (b) Merck Sharp & Dohme Corp., on behalf of its affiliates and subsidiaries, including defendant Merck & Co., Inc.[1] and defendants Edward M. Scolnick and Alise S. Reicin (collectively, the "Individual Defendants," and together with Merck, "Defendants"), have entered into the Stipulation to settle all claims asserted against Defendants in this Action with prejudice on the terms and conditions set forth in the Stipulation, subject to approval of this Court (the "Settlement");

WHEREAS, by Order dated February 10, 2016 (the "Preliminary Approval Order"), this Court: (a) preliminarily approved the Settlement; (b) certified the Settlement Class solely for purposes of effectuating the Settlement; (c) ordered that notice of the proposed Settlement be provided to potential Settlement Class Members, including that summary notice be published once in the national edition of *The Wall Street Journal* and be transmitted three times over internet newswires; (d) provided potential Settlement Class Members with the opportunity to (i) opt back into the Settlement Class if they previously submitted a request for exclusion from the Certified

---

[1] As used herein, "Merck" means Merck Sharp & Dohme Corp. and Merck & Co., Inc., the named defendant in this action, together with any of their subsidiaries and affiliates.

Class in connection with the Certified Class Notice, (ii) request exclusion from the Settlement Class if they were not a member of the Certified Class, or (iii) object to the proposed Settlement, Plan of Allocation and/or Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; and (e) scheduled a hearing regarding final approval of the Settlement;

WHEREAS, Co-Lead Counsel have filed with the Court proof, by affidavit or declaration, of such mailing and publication of the Settlement Notice and Summary Settlement Notice of the proposed Settlement;

WHEREAS, due and adequate notice has been given to the Settlement Class;

WHEREAS, the Court conducted a hearing on June 28, 2016 (the "Settlement Hearing") to consider, among other things: (a) whether the terms and conditions of the Settlement are fair, reasonable, and adequate, and should therefore be approved; (b) whether a judgment should be entered dismissing the Action with prejudice as against all Defendants; (c) whether the proposed Plan of Allocation is fair and reasonable, and should be approved; and (d) whether Co-Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses should be approved;

WHEREAS, the Court has reviewed and considered the Stipulation, all papers filed and proceedings held in connection with the Settlement, all oral and written comments received regarding the Settlement, and the record in the Action, and good cause appearing therefor;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    **Jurisdiction** – The Court has jurisdiction over the subject matter of the Action and all matters relating to the Settlement, as well as personal jurisdiction over all of the Parties and each of the Settlement Class Members.

2. **Incorporation of Settlement Documents** – This Judgment incorporates and makes a part hereof: (a) the Stipulation filed with the Court on February 8, 2016, and the exhibits thereto; and (b) the Settlement Notice and the Summary Settlement Notice, both of which were filed with the Court on April 29, 2016.

3. **Class Certification for Settlement Purposes** – The Court hereby affirms its determinations in the Preliminary Approval Order certifying, for the purposes of the Settlement only, the Action as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of the Settlement Class consisting of all persons and entities who, from May 21, 1999, through October 29, 2004, inclusive (the "Settlement Class Period"), purchased or otherwise acquired Merck Common Stock or Merck Call Options, or sold Merck Put Options (the "Settlement Class"). Excluded from the Settlement Class are Defendants; the officers and directors of Merck at all relevant times; members of the Immediate Family of any excluded person; the legal representatives, heirs, successors, and assigns of any excluded person or entity; any entity in which any excluded person or entity has or had a controlling interest; and the Merck & Co., Inc. Employee Savings & Security Plan (now known as the Merck U.S. Savings Plan), the Merck and Co., Inc. Employee Stock Purchase & Savings Plan (now known as the MSD Employee Stock Purchase & Savings Plan), the Merck Puerto Rico Employee Savings & Security Plan (now known as the MSD Puerto Rico Employee Savings & Security Plan), and the Merck-Medco Managed Care, LLC 401(k) Savings Plan (and any successor or successors thereto). Also excluded from the Settlement Class are the persons and entities listed on Exhibit 1 hereto who or which are excluded from the Settlement Class pursuant to request.

4. **Adequacy of Representation** – Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the purposes of the Settlement only, the Court hereby affirms its determinations

4

in the Preliminary Approval Order certifying Lead Plaintiffs as Class Representatives for the Settlement Class and appointing Co-Lead Counsel as Class Counsel for the Settlement Class. Lead Plaintiffs and Co-Lead Counsel have fairly and adequately represented the Settlement Class both in terms of litigating the Action and for purposes of entering into and implementing the Settlement and have satisfied the requirements of Federal Rules of Civil Procedure 23(a)(4) and 23(g), respectively.

5. **Settlement Notice** – The Court finds that the dissemination of the Settlement Notice and the publication of the Summary Settlement Notice: (a) were implemented in accordance with the Preliminary Approval Order; (b) constituted the best notice practicable under the circumstances; (c) constituted notice that was reasonably calculated, under the circumstances, to apprise potential Settlement Class Members of (i) the effect of the Settlement (including the Releases provided for therein), (ii) Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, (iii) Settlement Class Members' right to object to any aspect of the Settlement, the Plan of Allocation, and/or Co-Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses, (iv) their right to opt back into the Settlement Class if they previously submitted a request for exclusion from the Certified Class in connection with the Certified Class Notice, (v) their right to request exclusion from the Settlement Class if they are not a member of the previously certified Certified Class, and (vi) their right to appear at the Settlement Hearing; (d) constituted due, adequate, and sufficient notice to all persons or entities entitled to receive notice of the proposed Settlement; and (e) satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(7), and all other applicable laws and rules.

6. **Final Settlement Approval and Dismissal of Claims** – Pursuant to, and in accordance with, Rule 23 of the Federal Rules of Civil Procedure, this Court hereby fully and finally approves the Settlement set forth in the Stipulation in all respects (including, without limitation, the amount of the Settlement; the Releases provided for therein, including the release of the Released Plaintiffs' Claims as against the Defendants and the Defendants' Releasees; the Plan of Allocation; and the dismissal with prejudice of claims against Defendants), and finds that the Settlement is in all respects fair, reasonable, and adequate. The Parties are directed to implement, perform, and consummate the Settlement in accordance with the terms and provisions contained in the Stipulation.

7. The Action and all of the claims against Defendants by Lead Plaintiffs and the other Settlement Class Members are hereby dismissed with prejudice. The Parties shall bear their own costs and expenses, except as otherwise expressly provided in the Stipulation.

8. **Binding Effect** – The terms of the Stipulation and of this Judgment shall be forever binding on and inure to the benefit of Defendants, Lead Plaintiffs, and all other Settlement Class Members (regardless of whether any individual Settlement Class Member submits a Claim Form or seeks or obtains a distribution from the Net Settlement Fund), and the Parties' respective Releasees, as well as their respective heirs, executors, administrators, predecessors, successors, affiliates and assigns. Any Person listed on Exhibit 1 hereto shall not be bound by the terms of the Stipulation or this Judgment.

9. **Releases** – The Releases as set forth in paragraphs 8 and 9 of the Stipulation, together with the definitions contained in paragraph 1 of the Stipulation relating thereto, are expressly incorporated herein in all respects. Accordingly, this Court orders that:

6

(a)     Without further action by anyone, and subject to paragraphs 10 and 11 below, upon the Effective Date of the Settlement, Lead Plaintiffs, and each of the other Settlement Class Members, on behalf of themselves, their heirs, executors, administrators, predecessors, successors, affiliates and assigns, shall be deemed to have, and by operation of law and of this Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived, discharged, and dismissed each and every Released Plaintiffs' Claim against the Defendants and all of the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants or any of the other Defendants' Releasees.  This Release shall not apply to claims by any Person listed on Exhibit 1 hereto.

(b)     Without further action by anyone, and subject to paragraphs 10, 11, and 12(d) below, upon the Effective Date of the Settlement, each of the Defendants, on behalf of themselves, their heirs, executors, administrators, predecessors, successors, affiliates and assigns, shall be deemed to have, and by operation of law and of this Judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived, discharged, and dismissed each and every Released Defendants' Claim against all of the Lead Plaintiffs, all of the other Settlement Class Members, and all of the other Plaintiffs' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Lead Plaintiffs, any of the other Settlement Class Members, or any of the other Plaintiffs' Releasees.  This Release shall not apply to claims by Defendants or the other Defendants' Releasees against any Person listed on Exhibit 1 hereto.

10.     Notwithstanding ¶¶ 9(a) – (b) above, nothing in this Judgment shall bar any action by any of the Parties to enforce or effectuate the terms of the Stipulation or this Judgment.

11.     Notwithstanding ¶¶ 9(a) – (b) above, nothing in this Judgment shall release any of the Excluded Claims (as that term is defined within paragraph 1(vv) of the Stipulation).

12.     **Complete Bar Order** –

(a)     Except as provided below, any and all Persons are permanently barred, enjoined and restrained, to the fullest extent permitted by applicable law, from commencing, prosecuting, or asserting any claim for indemnity or contribution against any Defendants and any other Defendants' Releasees (or any other claim against any Defendants or any other Defendants' Releasees where the alleged injury to such Person is that Person's actual or threatened liability to the Settlement Class or a Settlement Class Member in the Action), based upon, arising out of, or related to the Released Plaintiffs' Claims or having to do with the Settlement, the Stipulation and its exhibits, and any action taken by anyone pursuant to, or under color of, the Stipulation including, without limitation, allocation and payment of settlement amounts, whether arising under federal, state, local, or foreign law, or equity, as claims, cross-claims, counterclaims, or third-party claims, whether asserted in the Action, in this Court, in any federal or state court, or in any other court, arbitration proceeding, administrative agency, or other forum in the United States or elsewhere.

(b)     Except as provided below, Defendants and each and every one of the other Defendants' Releasees are hereby permanently barred, enjoined and restrained, to the fullest extent permitted by applicable law, from commencing, prosecuting, or asserting any claim for indemnity or contribution against any Person (or any other claim against any such Person where the alleged injury to such Defendant or other Defendants' Releasee is that Defendant's or other Defendants' Releasee's actual or threatened liability to the Settlement Class or a Settlement Class Member in the Action) based upon, arising out of, or related to the Released Plaintiffs' Claims or having to

8

do with the Settlement, the Stipulation and its exhibits, and any action taken by anyone pursuant to, or under color of, the Stipulation including, without limitation, allocation and payment of settlement amounts, whether arising under federal, state, local, or foreign law, or equity, as claims, cross-claims, counterclaims, or third-party claims, whether asserted in the Action, in this Court, in any other federal or state court, or in any other court, arbitration proceeding, administrative agency, or other forum in the United States or elsewhere.

(c)     Nothing in this Complete Bar Order shall prevent any Person listed on Exhibit 1 hereto from pursuing any Released Plaintiffs' Claim against any Defendant or any of the other Defendants' Releasees.  If any such Person pursues any such Released Plaintiffs' Claim against any Defendants or any of the other Defendants' Releasees, nothing in this Complete Bar Order or in the Stipulation shall operate to preclude such Defendants or other Defendants' Releasees from asserting any claim of any kind against such Person, including any Released Defendants' Claims (or seeking contribution or indemnity from any Person, including any Defendant in the Action, in respect of the claim of such Settlement Class Member who is excluded from the Settlement Class pursuant to a request for exclusion).

(d)     Notwithstanding anything in this Judgment, nothing in the Stipulation or in this Judgment (including, but not limited to, paragraph 9(b)) shall operate to release any claim by Defendants or the other Defendants' Releasees for insurance or reinsurance coverage, or otherwise preclude Defendants or the other Defendants' Releasees from asserting any claims against their own insurers or reinsurers.

13.     **Rule 11 Findings** – The Court finds and concludes that the Parties and their respective counsel have complied in all respects with the requirements of Rule 11 of the Federal

9

Rules of Civil Procedure in connection with the commencement, maintenance, prosecution, defense, and settlement of the Action.

14.    **Plan of Allocation Approved** – The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the proposed Plan of Allocation set forth in the Settlement Notice provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity. The Court hereby finds and concludes that the Plan of Allocation proposed by Lead Plaintiffs is, in all respects, fair and reasonable to the Settlement Class Members, and approves the Plan of Allocation.

15.    **Attorneys' Fees and Expenses** – On February 10, 2016 the Court appointed former United States District Judge Layn R. Phillips as Special Master to initially determine all issues related to the award of attorneys' fees and reimbursement of Litigation Expenses. Co-Lead Counsel and other counsel seeking awards of fees and expenses submitted to Judge Phillips copies of their detailed time and expense records as well as copies of all submissions made to the Court in support of the fee and expense application. On June 3, 2016, Judge Phillips issued a Report and Recommendation of the Special Master Relating to the Award of Attorneys' Fees and Expenses (ECF No. 1012) (the "Report & Recommendation"), recommending that the Court approve Co-Lead Counsel's motion for attorneys' fees and reimbursement of expenses and approve the motions of Lead Plaintiffs Public Employees' Retirement System of Mississippi and Jerome Haber for reimbursement of litigation expenses. There have been no objections to the Report and Recommendation. Following its own review, the Court adopts the findings and conclusions of the Report and Recommendation. Co-Lead Counsel are hereby awarded attorneys' fees in the amount of 20% of the combined Settlement Funds (that is, the Settlement Class Fund plus the Fee/Expense

Fund) and $9,473,356.02 in reimbursement of litigation expenses, both to be paid from the Fee/Expense Fund, which sums the Court finds to be fair and reasonable. Co-Lead Counsel shall allocate the attorneys' fees awarded amongst counsel in a manner which they, in good faith, believe reflect the contributions of such counsel to the institution, prosecution, and settlement of the Action. Lead Plaintiffs Public Employees' Retirement System of Mississippi and Jerome Haber are hereby awarded $98,712.50 and $10,000.00, respectively, from the Fee/Expense Fund as reimbursement for their reasonable costs and expenses directly related to their representation of the Settlement Class.

16. In making this award of attorneys' fees and reimbursement of expenses, the Court has considered and found that: (a) the Settlement has created a Settlement Class Fund of $830 million and a Fee/Expense Fund of $232 million that have been funded into escrow pursuant to the terms of the Settlement, and that numerous Settlement Class Members who submit acceptable Claim Forms will benefit from the Settlement; (b) the fee sought by Co-Lead Counsel has been reviewed and approved as fair and reasonable by Lead Plaintiffs; (c) copies of the Settlement Notice were mailed to over 1.9 million potential Settlement Class Members and nominees stating that Co-Lead Counsel would apply for attorneys' fees in an amount not to exceed 20% of the Settlement Funds and reimbursement of Litigation Expenses in an amount not to exceed $19 million; (d) Co-Lead Counsel have conducted the litigation and achieved the Settlement with skill, perseverance and diligent advocacy; (e) the Action raised numerous of complex issues; (f) had Co-Lead Counsel not achieved the Settlement there would remain a significant risk that Lead Plaintiffs and the other members of the Settlement Classes may have recovered less or nothing from the Defendants; (g) counsel submitted declarations attesting to devoting over 448,500 hours, with a lodestar value of approximately $205.6 million, to achieve the Settlement; and (h) the amount of

11

attorneys' fees awarded and expenses to be reimbursed are fair and reasonable and consistent with awards in similar cases.

17. **Objections** – The Court has considered the objections received concerning the Settlement, Plan of Allocation and the motion for attorneys' fees and Litigation Expenses and has found them to be without merit for the reasons set forth in the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation (ECF No. 986-1); the Memorandum of Law in Support of Co-Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 987-1); and the Reply Memorandum of Law in Further Support of: (1) Lead Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation; and (2) Co-Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 1001), and the reasons stated by Co-Lead Counsel at the hearing before this Court on June 28, 2016.

18. **No Admissions** – Except as set forth in paragraph 19 below, neither this Judgment, the superseded Term Sheet, the Stipulation (whether or not finally approved or consummated) and the exhibits and Supplemental Agreement thereto, nor any negotiations, proceedings, agreements, opinions, or orders related to the same, shall be offered or received against the Parties or other Releasees for any purpose, and particularly:

(a) shall not be offered against Defendants or any of the other Defendants' Releasees as evidence of, or construed as, or deemed to be evidence of any presumption, concession, or admission by Defendants or any of the other Defendants' Releasees with respect to the truth of any fact alleged by Lead Plaintiffs or the Settlement Class, or the validity of any claim that was or could have been asserted, or the deficiency of any defense that was or could have been

12

asserted in this Action or in any litigation, or of any liability, negligence, fault, damages or other wrongdoing of any kind of Defendants or any of the other Defendants' Releasees;

(b)     shall not be offered against any of the Lead Plaintiffs, any of the other Settlement Class Members, or any of the other Plaintiffs' Releasees, as evidence of, or construed as, or deemed to be evidence of, any presumption, concession or admission with respect to any liability, negligence, fault or wrongdoing of any kind of the Lead Plaintiffs, any of the other Settlement Class Members, or any of the other Plaintiffs' Releasees;

(c)     shall not be referred to for any reason against the Parties or other Releasees, in any civil, criminal, or administrative action or proceeding;

(d)     shall not be construed against the Parties or other Releasees as an admission, concession, or presumption that the consideration given represents the amount which could be or would have been recovered after trial; and

(e)     shall not be construed against the Lead Plaintiffs, the other Settlement Class Members, or the other Plaintiffs' Releasees as an admission, concession or presumption that any of their claims are without merit, that any of the Defendants or any of the other Defendants' Releasees had meritorious defenses, or that damages recoverable under the Sixth Amended Complaint would not have exceeded the Settlement Amounts.

19.     Notwithstanding the foregoing, the Parties and other Releasees may file or refer to this Judgment, the Stipulation, and/or any Claim Form: (a) to effectuate the liability protections granted hereunder, including without limitation, to support a defense or counterclaim based on principles of res judicata, collateral estoppel, release, good-faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim; (b) to enforce the terms of the Stipulation and/or this Judgment; (c) as necessary by Merck in

connection with any tax proceedings; or (d) to effectuate the liability protections granted under any applicable insurance policies. The Parties and other Releasees submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement.

20.     **Retention of Jurisdiction** – Without affecting the finality of this Judgment in any way, this Court retains continuing and exclusive jurisdiction over: (a) the Parties for purposes of the administration, interpretation, implementation, and enforcement of the Settlement; (b) the disposition of the Settlement Fund; (c) any motion to approve the Class Distribution Order; and (d) the Settlement Class Members for all matters relating to the Action.

21.     Any appeal from this Judgment or other proceeding seeking subsequent judicial review of the Judgment pertaining solely with respect to (i) attorneys' fees, costs or expenses to be paid solely from the Fee/Expense Fund, or (ii) the plan of allocation of the Net Settlement Fund, shall not in any way delay or preclude this Judgment becoming Final under the terms of the Stipulation.

22.     **Modification of the Agreement of Settlement** – Without further approval from the Court, Lead Plaintiffs and Defendants are hereby authorized, subject to the terms of the Stipulation, to agree to and jointly adopt such amendments or modifications of the Stipulation or any exhibits attached thereto to effectuate the Settlement that: (a) are not materially inconsistent with this Judgment; and (b) do not materially limit the rights of Settlement Class Members in connection with the Settlement. Without further order of the Court, and subject to the terms of the Stipulation, Lead Plaintiffs and Defendants may agree to reasonable extensions of time to carry out any provisions of the Settlement.

23.     **Confidentiality Orders** – The Court's orders entered during this Action relating to the confidentiality of information shall survive this Settlement.

24. **Termination** – If the Effective Date does not occur, or the Settlement is terminated or cancelled as provided in the Stipulation, then this Judgment (other than paragraph 18) and any orders of the Court relating to the Settlement shall be vacated, rendered null and void, and be of no further force or effect, except as otherwise provided by the Stipulation. Within thirty (30) calendar days of such termination or cancellation, (i) any and all Settlement Funds advanced to and/or in possession of the Escrow Agent (including accrued net interest thereon and the funds to be received by Co-Lead Counsel pursuant to paragraph 22 of the Stipulation), less any expenses and any costs which have either been disbursed or incurred and chargeable to reasonable Notice and Administration Costs, less fees paid to the Special Master, and less any Taxes paid or due or owing, shall be refunded by the Escrow Agent to Merck and/or the entity(ies) that paid any portion of the Settlement Amounts in proportion to their contributions pursuant to instructions to be provided by Merck to Co-Lead Counsel (provided that any deductions from the refund for expenses and costs related to Notice and Administration Costs shall be deducted from Merck's proportional share of the contributions to the Settlement Amounts), and (ii) any and all Settlement Funds advanced or paid to Co-Lead Counsel pursuant to an award of attorneys' fees and Litigation Expenses in accordance with paragraph 22 of the Stipulation shall be refunded in full by Co-Lead Counsel to Merck and/or the entity(ies) that paid any portion of the Settlement Amounts in proportion to their contributions pursuant to instructions to be provided by Merck to Co-Lead Counsel. Such refunds shall be made in accordance with wiring instructions to be provided by Merck to Co-Lead Counsel.

25. The Court shall retain continuing jurisdiction over any disputes that arise regarding application of the Settlement concerning litigants who seek to rejoin the Settlement Class or the division of court-awarded attorneys' fees or Litigation Expenses. If any such disputes arise, the

15

parties shall submit the dispute first to Judge Layn Phillips for mediation, and, if unsuccessful, submit the dispute to Judge Phillips to issue a Report and Recommendation to the Court for binding resolution. As provided in paragraph 43 of the Stipulation, any dispute regarding the Supplemental Agreement shall be submitted directly to the Court and shall not be required to go to mediation with Judge Philips.

26.    **Entry of Final Judgment** – There is no just reason to delay the entry of this Judgment as a final judgment in this Action.  Accordingly, the Clerk of the Court is expressly directed to immediately enter this final judgment in this Action.

SO ORDERED this ____ day of _____, 2016.

_____
The Honorable Stanley R. Chesler
United States District Judge

# 950423

16

## EXHIBIT 1

### Persons Excluded from the Settlement Class Pursuant to Request

1. Ellen A. Abrahamson
   Glenview, IL

2. Herman Abrams (Dec'd)
   by Judy Hockensos
   Newton, NJ

3. Frederick Ackermann
   Denton, TX

4. Melvin L. Adams
   Federalsburg, MD

5. [Opted Back Into Settlement Class]

6. [Opted Back Into Settlement Class]

7. [Opted Back Into Settlement Class]

8. [Opted Back Into Settlement Class]

9. [Opted Back Into Settlement Class]

10. Algoma Moneybags Investment
    Club
    Algoma, WI

11. Emilenan P. Allen
    El Paso, TX

12. Jeanne B. Allman
    Tampa, FL

17

Case 2:05-cv-01657-SRC-CLW Document 8974 Filed 06/23/16 Page 18 of 54 PageID: 50508

13. Dina Brudenell Altman
    DBA Dina Brudenell, MD
    Niwot, CO

14. [Opted Back Into Settlement Class]

15. Donald John Andersen
    El Dorado Spg, MO

16. Patricia Andres
    Bayside, NY

17. [Opted Back Into Settlement Class]

18. William L. Arnold
    Gahanna, OH

19. Anna H. Ashby
    Churchville, VA

20. [Opted Back Into Settlement Class]

21. Marion I. Bacheler
    Penn Valley, CA

22. Erma Ballard
    Champaign, IL

23. Banca Finnat Euramerica S.p.A.
    Rome, Italy

24. Banque Neuflize OBC and
    its subsidiaries
    Neuflize OBC Investissements,
    Neuflize Private Assets and
    Neuflize Vie
    Paris, France

25. Mary Helen Bass
    Mary Helen Bass Revocable Trust
    Mount Juliet, TN

26. Bob S. Beck
    Janet L. Beck
    Beck Family Trust dated
       10/10/2000
    San Diego, CA

18

27. William J. Belcher
William J. Belcher IRA
Princeton, WV

28. Edmond F. Belz
Arlene L. Belz
San Antonio, TX

29. Willeen Tretheway, Personal
Representative
Estate of Hugh C. Benedict
Madison, WI

30. [Opted Back Into Settlement Class]

31. George A. Benton
Baltimore, MD

32. William G. Bertram
Barrie, Ontario, Canada

33. Charles K. Beyer
Wellesley, MA

34. Agustin B. Bigornia
Mildren G. Bigornia
Palm Bay, FL

35. [Request for exclusion rescinded]

36. Frances S. Bishop
Hatfield, PA

37. Black Oak Investment Club
Notre Dame, IN

38. Richard E. Blankenship Estate
by Albert Insel, Trustee
Edgewood, WA

39. John William Blyth
Jacqueline K. Blyth
Windsor, CO

40. Paul Boisvert
Charny, Quebec, Canada

41. Mary G. Bolton
Sammamish, WA

48. Wilbur Alvan Brittle
Trynie S. Brittle
Silver Spring, MD

42. Gertrude Bonnett-Smith
Gertrude Bonnett Tr UA 12/31/98
Gertrude Bonnett Trust
Lynn Haven, FL

49. Philomene A. Brizzi
Fort Lee, NJ

43. Anthony F. Bordogna, Jr.
Saipin Bordogna
Shalimar, FL

50. James N. Brooks
James N. Brooks IRA
Bartlesville, OK

44. Kenneth E. Boulware
Mary Ellen Boulware
Waupaca, WI

51. June Constance Brooks (Dec'd)
June Constance Brooks Rev
Intervivos Trust DTD 7/7/98
    by James N. Brooks, Successor
    Trustee
Bartlesville, OK

45. John Lee Bowers
Donna Maria Bowers
Durham, NC

52. Betty Ann Brown
Bettendorf, IA

46. Priscilla T. Breton
~~Laconia, NH~~

53. Thomas J. Brown
~~Judith J. Brown~~
Sun City, AZ

47. Joseph B. Brewer
Audrey M. Brewer
St. Louis, MO

54. John Browning
East Windsor, NJ

20

55. Virginia L. Buckley
Jack W. Buckley
Tallahassee, FL

56. James R. Bunten
Dorothy L. Bunten
Rantoul, IL

57. Margret Bürmann-de Jong
Hoofddorp, The Netherlands

58. Connie D. Burns
Provo, UT

59. Lynda S. Busdeker
Bowling Green, OH

60. William Darrell Bushman
Huntsville, TX

61. Butlerville Ladies Investment and
      Stock Club
Blanchester, OH

62. Mark Caccavo
Quakertown, PA

63. Robert R. Calvosa
Annandale, NJ

64. Bartholomew Campanella
Virginia Campanella (Dec'd)
      by Bartholomew Campanella
Paramus, NJ

65. Mary Esther Candee
Sunnyvale, CA

66. James W. Carey
Seaford, DE

67. Joyce Carleton
West Hartford, CT

68. Alan H. Carlson
Alan H. Carlson Trust
Highland, IN

21

69. Nyla K. Carney
Knoxville, TN

70. George W. Carter
George W. Carter Trust
Barbara J. Carter
Barbara J. Carter Trust
Tulsa, OK

71. Stanley J. Caylor, Trustee
Glueckler Family Trust
Cape Coral, FL

72. CC Sales Corp.
Stanton, TX

73. Richard John Cegelski
Ventura, CA

74. George Charbonneau
Loretta Charbonneau
Yardville, NJ

75. Ling-Fai Cheung
Memphis, TN

76. Katherine Walker Childs, Trustee
The Childs Family Trust
UA dtd 6/23/86
Kirkland, WA

77. Kathryn K. Chizmar
Leesburg, FL

78. Mooi Koi Chua
New York, NY

79. Jianhua Chuo
Astoria, NY

80. Isabel S. Cinnamon
Aurora, CO

81. Marion S. Clarkson
Cedar Hill, TX

82. Burton Clemens
by Nancy Clemens
Bristol, IN

22

83. Dale C. Cochran
Nancy L. Cochran
Milton, PA

84. Hester M. Cochran Revocable Trust
UA 3-29-91
by Susan Cochran Krieg,
Successor Trustee
Tucson, AZ

85. Eugenia E. Coffey
James K. Coffey (Dec'd)
by Eugenia E. Coffey
New Rochelle, NY

86. Patricia A. Coffey
Odessa, MO

87. Cynthia Collins-Sonnefeld
Royersford, PA

88. Clarice Colvin
Dillon, MT

89. Henry Marvin Connolly
Charlotte, NC

90. Lawrence E. Cook
Craig, CO

91. Mary Ann C. Cordone
Lithia, FL

92. David H. Covey
Yorba Linda, CA

93. Neil P. Cox
Moscow, ID

94. Rex B. Cox
Madison, NC

95. Margaret Caroline Cullum
Memphis, TN

96. Harriet C. Curry
Ventura, CA

23

97. Hongyue Dai
Chestnut Hill, MA

98. [Opted Back Into Settlement Class]

99. Jaime E. Davila and Ann L. Davila,
Trustees, or their successors in
trust, under the Jaime and Ann
Davila Living Trust, DTD 10/3/02
Milwaukee, WI

100. [Opted Back Into Settlement Class]

101. [Opted Back Into Settlement Class]

102. Burton H. Dietz
Raleigh, NC

103. James J. DiFilipantonio
Pittsgrove, NJ

104. James A. Diltz
Betty J. Diltz
Knoxville, TN

105. Donna Dipasquale
Las Vegas, NV

106. Louis V. Donato
Medford, NJ

107. Theresa E. Dorsey
Pittsburgh, PA

108. Edith P. Drost, Executrix
Estate of Ida E. Drost
Stratford, CT

109. Joanne C. Duncan
Ravenna, OH

110. Robert E. Duvall
Springfield, MO

24

111. Nancy A. Eckard
Cogan Station, PA

112. Eugene I. Edie
Minneapolis, MN

113. [Opted Back Into Settlement Class]

114. Douglas W. Eibert
Donna W. Eibert
Dighton, KS

115. Rex L. Eikum
Jacqueline M. Eikum
Howard, OH

116. Barbara Ann Eckhardt
~~Barbara Eckhardt IRA~~
Oklahoma City, OK

117. Barbara P. Elkins
Oakland, CA

118. Julieto P. Eltanal
Marlyn S. Eltanal

Marlyn Sy Eltanal
Rossana Sy Eltanal
Unif. Gift Min Act. AZ

Marlyn Sy Eltanal
Riva Sy Eltanal
Unif. Gift Min Act. AZ

Ronald Sy Eltanal

Ryan Sy Eltanal

Scottsdale, AZ

119. Joan M. Erickson
Willoughby, OH

120. [Opted Back Into Settlement Class]

121. Imogene M. Erwin
~~Connie M. Erwin~~
Cape Coral, FL

122. Jeanne B. Espinola
Urbana, IL

25

123. Diane Favoriti
Rahway, NJ

130. Florence A. FitzGerald
Pepper Pike, OH

124. Dolores Favoriti
Rahway, NJ

131. Donna C. Fitzpatrick
Washington, IN

125. Craig Filippelli
Saddle Brook, NJ

132. Michael J. Fitzpatrick
Earlysville, VA

126. Dorothy L. Fillingham
Dorothy L. Fillingham, Trustee
Dorothy L. Fillingham Trust UA 7-
23-93
Leesburg, FL

133. Johnny L. Fletcher
Judy M. Fletcher
Concord, NC

127. Karen L. Fisher
Luray, VA

134. Eleanor R. Flowers
Hamden, CT

128. Marion Elizabeth Fisher
Sydney, Australia

135. David Ford
Hayling Island, England

129. Frances Fittipaldi
Frank J. Fittipaldi (Dec'd)
by Frances Fittipaldi
Mt. Laurel, NJ

136. Judith F. Ford
Chattanooga, TN

137. Daniel W. Forshee
Everett, WA

144. Patricia A. Gawarecki
Lansdale, PA

138. Foundation Insurance (Capital
Redemptions) Limited
Moulsoe, England

145. [Opted Back Into Settlement Class]

139. John G. Fowler
Frankfort, IL

146. Genesis Group
Addison, IL

140. Ramon Francisco
Gloria Francisco
Auckland, New Zealand

147. Robert J. Gentner
Barbara J. Gentner
Allen Park, MI

141. Sandra A. Gaines
Henrietta, TX

148. Donald W. George
Elizabeth J. George
Dunlap, IL

142. David A. Galloway
~~Rosemarie E. Galloway~~
Philadelphia, PA

149. James Gerardi
~~Rocky Point, NY and~~
N. Ft. Myers, FL

143. Rodney Cecil Gardner
Bristol, England

150. Melvin H. Getzoff
Mount Laurel, NJ

27

151. [Opted Back Into Settlement Class]

158. LaVerne M. Gregory
Batesville, AR

152. Carole L. Gmeindl
Carole L. Gmeindl - Traditional
   IRA
Chagrin Falls, OH

159. Antoinette M. Gretler
Tustin, CA

153. Ellen M. Goldsmith
Boca Raton, FL

160. Helen J. Grinnell
Broomfield, CO

154. Beverley C. Gomez
Donald Gomez (Dec'd)
   by Beverley C. Gomez
Sacramento, CA

161. Ronald W. Grosso
Crawford, NJ

155. Mary E. Gourlie
Mary Esther, FL

162. Constance M. Gryczko Trust
Constance M. Gryczko TTEE
   U/A DTD 11/20/01
Haslett, MI

156. Valerie D. Greenstein
Roseville, MN

163. Frank M. Gunby, Jr.
Winchester, MA

157. Sarah L. Gregg
Sarah L. Gregg TR UA 021397
Sarah L. Gregg Trust
Gainesville, FL

164. Pauline S. Hall
Trenton, NJ

28

165. Dorothy W. Hamil
Ridgefield, CT

172. Victor G. Hart
Stuart, FL

166. Vernon J. Hansen
Manitowoc, WI

173. Donald E. Hattin
Bloomington, IN

167. Linda B. Harding
Swoyersville, PA

174. Edith T. Haygood
Albany, GA

168. [Opted Back Into Settlement Class]

175. Patricia A. Hefner
Fairborn, OH

169. Joseph C. Harper
Beverly Hills, FL

176. Alan Henness
Schertz, TX

170. Beatrice Mary Latham and
~~Mary Patricia Chapman, Personal~~
Representatives of
Dr. Robert Francis Enright
   Harrington (Dec'd)
c/o Joseph A. Jones & Co.
   Solicitors
Lancaster, England

177. Lucy Ann Hicks
~~Cape Carteret, NC~~

178. Louise M. Hill
Lancaster, PA

171. Jerome R. Harris
Laguna Woods, CA

179. Robert Himmelmann
Surprise, AZ

180. Conard W. Hoak
Luray, VA

181. Esther Hoffman Living Trust
by Patrice Rogers
Smithville, OK

182. Rolf Hofmann
Ettlingen, Germany

183. Darlene M. Holben
Highlands Ranch, CO

184. Darlene M. Holben, Executor
Estate of Harlan H. Holben
Highlands Ranch, CO

185. Annette B. Holmes
Wendell A. Holmes (Dec'd),
by Annette B. Holmes
Dixon, IL

186. Regina B. Holmes
Philadelphia, PA

187. [Opted Back Into Settlement Class]

188. [Opted Back Into Settlement Class]

189. Michael Hori
Auburn, WA

190. Eloise J. Horn
Bellevue, OH

191. Mary H. Hornbuckle
John W. Hornbuckle
Belleair Beach, FL

192. Benjamin F. Hotchkiss II
June A. Hotchkiss (Dec'd)
by Benjamin F. Hotchkiss II
Jefferson, MD

193. Mallory K. Hinkley
Sliedrecht, The Netherlands

194. Craig W. Hunter
Hillsborough, NJ

195. John Hurley
Pamela Hurley
Eagle Point, OR

196. Penelope W. Illingworth
Rochester, NY

197. [Opted Back Into Settlement Class]

198. [Opted Back Into Settlement Class]

199. [Opted Back Into Settlement Class]

200. Alice Pierson Irvin
Albuquerque, NM

201. Fred Ivans, Sr.
Boynton Beach, FL

202. Richard A. Jacobs
Marieta A. Jacobs
Ocean Pines, MD

203. Nancy L. Jacobson
Northglenn, CO

204. Arnold James
Vancouver, WA

205. [Opted Back Into Settlement Class]

206. [Opted Back Into Settlement Class]

207.  [Opted Back Into Settlement Class]

214.  [Opted Back Into Settlement Class]

208.  [Opted Back Into Settlement Class]

215.  Doris J. Jensen
      Beaverton, OR

209.  [Opted Back Into Settlement Class]

216.  John Ella Johnson
      Englewood, CO

210.  [Opted Back Into Settlement Class]

217.  Joyce C. Johnson
      Darlene Johnson
      Wanamingo, MN

211.  [Opted Back Into Settlement Class]

218.  Paul C. Johnson
      Kiyoko Johnson
      Placerville, CA

212.  [Opted Back Into Settlement Class]

219.  Robert Johnson
      Guardian Dorothy M. Diller
      Williamsport, PA

213.  [Opted Back Into Settlement Class]

220.  Joyce C. Jones
      Joyce C. Jones Rev. Trust
         U/A DTD March 2, 1993
      George F. Jones (Dec'd)
         by Joyce C. Jones
      Baltimore, MD

221. Mary Jonic
Fairview Park, OH

228. [Opted Back Into Settlement Class]

222. Jean Jordan
San Antonio, TX

229. Darrell D. Keese
Brady, TX

223. James R. Justin
Frances E. Justin
Clarks Summit, PA

230. Marvin R. Kelchner
Nancy L. Kelchner
Bloomsburg, PA

224. Richard H. Kamimura
Marilyn Y. H. Kamimura
Whittier, CA

231. Kelford Baptist Church
Kelford, NC

225. Nile Kamp
Woodsfield, OH

232. Aileen W. Kelly
Keswick, VA

226. Sharon V. Kamphaus
James F. Kamphaus
Everett, WA

233. Millard M. Kent IRA
by Millard M. Kent
Midland, MI

227. The K-B Investment Club
A Partnership
Altoona, PA

234. Millard M. Kent - Trust UA DTD
1/6/00
by Millard M. Kent
Midland, MI

33

235. Paul Kent
Oshawa, Ontario, Canada

236. James R. Kibelstis
Lisa G. Kibelstis
Sicklerville, NJ

237. Thomas E. Kienzle
Debra L. Kienzle
Bartlett, TN

238. Robert E. Kimm
Marcellus, NY

239. Ruth F. Kivitz
Springfield, PA

240. Wilbur E. Kline
Marian A. Kline
Whitehall, PA

241. Katherine L. Knepp
Dadeville, AL

242. Lowell H. Knight
Robins, IA

243. Corinne E. Kohler
Dewey, IL

244. [Opted Back Into Settlement Class]

245. Jacob Kratt, Jr.
Joyce C. Kratt
Spokane, WA

246. Margaret L. Krueger
Dongola, IL

247. [Opted Back Into Settlement Class]

248. Henry W. Kuzminski
Esther E. Kuzminski
Ephrata, PA

249. Barrie David Lacey
Hoddesdon, England

250. [Opted Back Into Settlement Class]

251. Walter Langhart
San Jose, CA

252. Susan D. Lewis LaVoe
Oriskany, NY

253. Betty A. Learned
Norton, MA

254. Betty A. Learned, Cust.
Autumn J. Learned
Norton, MA

255. Lorraine Leavell
Houston, TX

256. Sidney S. Lechter
Maxie Ellen Lechter
Scottsdale, AZ

257. Estate of Janet H. Lengeman
by Alan Lengeman, Executor
Milford, MI

258. George Leone, Trustee
U/A DTD 5/15/1996
George Leone Revocable Living
Trust
Port Orange, FL

259. George Leone IRA
Port Orange, FL

260. M. Judith Leone IRA
Port Orange, FL

261. Estate of Bernard D. Levine
by Miretta Strohelm
Cincinnati, OH

262. Margaret J. Lewis
Delwyen L. Lewis (Dec'd)
by Margaret J. Lewis
Abilene, TX

263. Mildred L. Lewis
Troy, OH

264. Joey Liu
Newbury Park, CA

265. Margene West Lloyd
Houston, TX

266. Maria Suzanne LoBianco
Lutherville, MD

Estate of Alice Louise Basile
Bel Air, MD

267. Grant G. Long
Jane B. Long
Northumberland, PA

268. [Opted Back Into Settlement Class]

269. [Opted Back Into Settlement Class]

270. [Opted Back Into Settlement Class]

271. [Opted Back Into Settlement Class]

272. [Opted Back Into Settlement Class]

273. [Opted Back Into Settlement Class]

274. [Opted Back Into Settlement Class]

275. [Opted Back Into Settlement Class]

276. [Opted Back Into Settlement Class]

277. [Opted Back Into Settlement Class]

278. Myrna J. Luke
Anderson, IN

279. Masahiro Machida
Kanagawa, Japan

280. Edith Mackler
Wynnewood, PA

281. John MacNeill
Niagara-on-the-Lake, Ontario,
Canada

282. Albert J. Madrick (Dec'd)
Anne Marie Madrick (Dec'd)
by John Madrick, Successor
Trustee
Yorba Linda, CA

283. [Opted Back Into Settlement Class]

284. Suthep Mahautmr, Cust.
Jenvara J. Mahautmr
Unif Gift Min Act TN
Bartlett, TN

285. Suthep Mahautmr, Cust.
Kontip Connie Mahautmr
Unif Gift Min Act TN
Bartlett, TN

286. Suthep Mahautmr, Cust.
Panrapee J. Mahautmr
Unif Gift Min Act TN
Bartlett, TN

287. Suthep Mahautmr, Cust.
Penden Patti Mahautmr
Unif Gift Min Act TN
Bartlett, TN

288. Susan Manchester IRA
Brenham, TX

289. Daniel J. Manning
Jupiter, FL

290. Andrew F. Markus and Bernadine
P. Markus Rev LG TR UAD
4/10/96
Aviston, IL

37

291. Uwe F. Mayer
Jennifer A. Souders
Encinitas, CA

292. Anne B. Mayo
Bronx, NY

293. Catherine Mayo TTE
U/A DTD 5/30/12
Catherine Mayo REV Trust
Columbia, MO

294. Anne McCaw
Van L. McCaw (Dec'd)
by Anne McCaw
Butler, PA

295. Betty L. McCubbin
Hagerstown, MD

296. Willis L. McCuistion
Fran McCuistion
Tucson, AZ

297. Alice McElwee
El Paso, TX

298. John McEvoy
John J. McEvoy, Jr.
John J. McEvoy, Jr. IRA
Riverside, CT

299. Kenneth L. McFate
Olathe, KS

300. Lucille McHugh
James A. McHugh (Dec'd)
by Lucille McHugh
Lansdale, PA

301. Onari McKelvey
Randy McKelvey
Paragould, AR

302. Violet Finholt McKenzie
Woodbury, MN

303. William E. McKinzie, Jr. Tr.
Rosemary E. McKinzie Tr.
William E. McKinzie, Jr. and
Rosemary E. McKinzie Tr. UA
06 01 90
Sedalia, MO

304. Nancy M. McNear
Peoria Heights, IL

305. Virginia Mackenzie McNear
     Peoria Heights, IL

306. James E. McWilliams
     Donna L. McWilliams
     Wichita Falls, TX

307. Paul F. Mehuys
     Moline, IL

308. Walter A. Meller
     Abilene, TX

309. Robert D. Mengel
     Mary Beth Mengel
     Springdale, PA

310. Eric S. Merrifield
     Katherine R. Merrifield
     Seattle, WA

311. Jean Mertinooke, Trustee
     Jean Mertinooke & Andrew J.
        Mertinooke Trust UA 09-23-92
     Kensington, NH

312. Jeanne H. Metzger
     Everett, WA

313. [Opted Back Into Settlement Class]

314. Cecil C. Midkiff
     Ft. Myers, FL

315. Mary S. Midkiff
     Mary S. Midkiff Trust
     Mary S. Midkiff TTEE UA DTD
     Ft. Myers, FL

316. Thomas E. C. Mees
     Canandaigua, NY

317. Juanita L. Miller
     Stuttgart, AR

39

318. Peggy A. Mobberley, individually
and as Trustee of WR & Winona
Hackbarth Grantor Living Trust
Boise, ID

Pamela K. MacGuffie, individually
and as Trustee of WR & Winona
Hackbarth Grantor Living Trust
Orofino, ID

WR & Winona Hackbarth Grantor
Living Trust
Boise, ID

319 Sam Amato Trust
by Sharon Monson, Former
Trustee
Greeley, CO

320. William F. Mooney
William F. Mooney Fidelity
Rollover Account
Haverhill, MA

321. John F. Morehead
Jacqueline Morehead (Dec'd)
by John F. Morehead
Warrensburg, MO

322. Edward A. Morton
Linda A. Morton
Naples, FL

323. Estate of Francis G. Rockwell
by Carol Moulton
Rio Rancho, NM

324. Charles Movalli
Gloucester, MA

325. Muff Family Trust
Honolulu, HI

326. Lelia Jane Murek, Trustee
Lelia Jane Murek Trust
Arlington, VA

327. Catherine F. Nagareda
El Cerrito, CA

328. James F. Naugle
Cottage Grove, OR

329. Koy L. Neeley (Dec'd)
by Kenneth Neeley
Amarillo, TX

330. Eugene R. Newberry
Oak Park, IL

40

331. Ming Kee Ng
Northbrook, IL

332. Tong Pang Ng
Johor Bahru, Malaysia

333. Donald A. Nickel
Harriet E. Nickel
Wild Rose, WI and Lakeland, FL

334. Bente Nielsen
Copenhagen, Denmark

335. Peggy S. Nieschlag Trust and
Henry J. Nieschlag Trust
by Peggy S. Nieschalg, Trustee
Metamora, IL

336. Joanne C. Noble
Vincent A. Noble (Dec'd)
by Joanne C. Noble
Mount Union, PA

337. Ted W. Noland
Fort Meade, FL

338. [Opted Back Into Settlement Class]

339. [Opted Back Into Settlement Class]

340. [Opted Back Into Settlement Class]

341. Eileen O'Brien
Homer Glen, IL

342. Arshag Ohanian
Alice Ohanian
Wenham, MA

343. Oil Investment Corporation Ltd. &
Oil Casualty Investment
Corporation Ltd.
Hamilton, Bermuda

344. Rosemary Onderko
Hillsborough, NJ

345. John D. Opie Irrevocable Trust
N. Ruanne Opie, Trustee
Christopher P. Opie, Trustee (by
N. Ruanne Opie)
Thomas L. Opie, Trustee (by
N. Ruanne Opie)
Timothy J. Opie, Trustee (by
N. Ruanne Opie)
Birmingham, MI

346. [Opted Back Into Settlement Class]

347. Jack O'Shea
Clonmel, County Tipperary, Ireland

348. Gilbert H. Oswald
Thayne, WY

349. Brian R. Pabst
Baldwin, MD

350. Robert L. Pabst
Baldwin, MD

351. Evelyn Page (Dec'd)
by Madeleine Donaldson
Philadelphia, PA

352. Rita Pagenkopf
Flushing, NY

353. John R. Pankovich, Jr.
Collinsville, VA

354. Virginia R. Paraiso
Antonio Paraiso (Dec'd)
by Virginia R. Paraiso
and related Merrill Lynch IRA
Richmond, IN

355. Jayne L. Parks
Jayne L. Parks IRA
Clemmons, NC

356. H.W. Parlour
S.P. Parlour
Great Glen, Leicester, England

357. Marilyn L. Parsons
Portland, OR

Case 2:05-cv-01657-MSRC-VCL0658Document 8974 Filed 06/23/16 Page 43 of 54 PageID: 50533

358. Edwin H. Paulus
Nazareth, PA

365. Mary A. Perry
Mountain View, MO

359. Penn View Investment Club
Hilltown, PA

366. [Opted Back Into Settlement Class]

360. Lorena Penner
Millersburg, IN

367. [Opted Back Into Settlement Class]

361. Abbie Mason Penwell
Raleigh, NC

368. [Opted Back Into Settlement Class]

362. Georgann Perrotto
Philadelphia, PA

369. [Opted Back Into Settlement Class]

363. Elmer L. Perry, Jr.
Augusta, GA

370. Charles S. Pirog
Elmwood Park, NJ

364. Margaret M. Perry
Middletown, MD

371. Martin L. Ploussard
Pewaukee, WI

372. John K. Plutro
Mary I. Plutro
Fairmont, WV

373. Joanne M. Poole
Lancaster, PA

374. Lorraine M. Privat
Paul Privat (Dec'd)
by Lorraine M. Privat
Prescott, AZ

375. Bruce M. Proske, Sr.
Blairsville, GA

376. Purchasing Partners Investment
Club
Phillipsburg, KS

377. Joen L. Puz
St. Maries, ID

378. Larry Quinlan, Trustee
Larry R. Quinlan Cust.
Tyler S. Quinlan
UDR WY UNI TRF TO MIN
Billings, MT

379. Mary A. Radocha
Michael J. Radocha (Dec'd)
by Mary A. Radocha
Greenfield, WI

380. Maryanne Connor Randall
Tampa, FL

381. Susan M. Ratica
Pittsburgh, PA

382. Robert E. Ratner
Dearfield Beach, FL

383. John R. Reidenbach
Blaine, MN

384. Robert P. Reilly
Langhorne, PA

385. Cliff Reinert
Sandy Reinert
Boyertown, PA

44

386. Clifford F. Reiss
Joyce M. Reiss
Dodge City, KS

393. Rowe Family Trust
by Vincent Rowe
Laguna Hills, CA

387. Patricia J. Reistroffer
Sioux Falls, SD

394. Roy Charitable Unitrust
by Stanley P. Gold, Trustee
Burbank, CA

388. James M. Rice
Marjorie Anne Rice
Plantation, FL

395. Marjorie M. Royce
Portola Valley, CA

389. Ruth A. Ridenour
Pasadena, CA

396. Barbara Rusinik
Wayne, NJ

390. Robert W. Riggs
Reba L. Riggs
Beaumont, TX

397. Christine Ryals
Dean Ryals (Dec'd) Rollover IRA
by Christine Ryals
Wauwatosa, WI

391. Mildred Maxine Robertson
William F. Robertson
Fallon, NV

398. Raymond S. Ryan
Wellington, New Zealand

392. Edward L. Robinson
Peoria, AZ

399. Walter R. Sabo
Elizabeth Sabo Pauza
Short Hills, NJ

400. Anita Sabulsky
Delray Beach, FL

401. Carol Sadich
West Linn, OR

402. Ronald Salvo
Ronald Salvo Fidelity Investments
IRA Brokerage Account
Massapequa, NY

403. Dorothy D. Sands, Trustee
Dorothy D. Sands Trust UA 11-09-1992
Los Altos, CA

404. Melinda Condon Sattler
Essex, MT

405. Jeannine M. Scates
Sugar Land, TX

406. Fred J. Schaeffler
Stacey Schaeffler
Huntingdon Valley, PA

407. William R. Schaffer
Austin, MN

408. [Opted Back Into Settlement Class]

409. Randal J. Schlater
Sidney, OH

410. Mary Ann Schleicher
Traverse City, MI

411. John Schmitz
Evelyn Schmitz
John W. & Evelyn R. Schmitz Rev
Trust U/A DTD 4/21/08
Sycamore, IL

412. Marion F. Schroeder
William F. Schroeder
San Antonio, TX

413. Richard M. Schulman
Mount Vernon, NY

414. Carrie Elizabeth Shultz
Carrie Elizabeth Watson (maiden name)
Wilmington, NC

421. Charles V. Shedd (Dec'd)
by Virginia E. Shedd
Peabody, MA

415. Ingeborg Schuster
Dresher, PA

422. Florence D. Shelley
New Rochelle, NY

416. Ursula Schuster
Dresher, PA

423. William E. Shelley
New Rochelle, NY

417. Shirley Ann Scott
Aurora, CO

424. Joan L. Sibson
Franklin Lakes, NJ

418. Robert J. Sears
Belleville, MI

425. Donald L. Siegrist
Cherry Hill, NJ

419. Patrick Hugh Seibold
Groves, TX

426. Edwin A. Silver
Elaine B. Silver
Silver Spring, MD

420. Doreen L. Semler
Frederick, MD

427. John B. Simms
Springfield, KY

428. [Opted Back Into Settlement Class]

429. [Opted Back Into Settlement Class]

430. Judith W. Slykhouse
     Midland, MI

431. Barbara L. Smith
     Centerville, OH

432. Janet Smith
     Ontario, NY

433. Mary Lynn Smith TTEE
     Mary Lynn Smith Trust
        U/A DTD 1/10/96
     Jackson, MI

434. David Smolinski
     Coleen Smolinski
     Ludlow, MA

435. Sally P. Snodgrass, Trustee
     U/A DTD 7/11/90
     Donald Blaine Snodgrass and
        Sally Patricia Snodgrass Trust
     Los Osos, CA

436. Edward V. Soderland
     Mt. Laurel, NJ

437. Nancy M. Solari, Trustee
     Nancy M. Solari Revocable Trust
        U/A DTD 7/24/98
     Sebastian, FL

438. Claire W. Sollars
     Foster, KY

439. Rudolf H. Stahlberg
     Rudolf H. Stahlberg IRA
     Novi, MI

440. Joan R. Stearns
     Lakewood, WA

441. Julia P. Sterling
     Nescopeck, PA

442. [Opted Back Into Settlement Class]

443. Nina Stiglitz
Daniel Stiglitz
Louisville, KY

444. Clifford Stillinger
C.W. Brantley
Austin, TX

445. Carlton D. Stolle
Sandra F. Stolle
Bryan, TX

446. Stanley A. Stringer
Falls Church, VA

447. June H. Stripling
Athens, AL

448. Katie Stroh
Brea, CA

449. Mary Suchenko
Vineland, NJ

450. Ronald H. Suermann and
Joan V. Suermann REV LIV TR
U/A DTD 12-9-1999
Joan V. Suermann TTEE

Joan V. Suermann IRA
Joan V. Suermann
St. Charles, MO

451. Patricia A. Supplitt
Naples, FL

452. Colin S. Swain
Kingston, Ontario, Canada

453. [Opted Back Into Settlement Class]

454. Ward C. Swift, Jr.
Lancaster, OH

455. Manny Tabackman
San Diego, CA

456. Howard T. Terry
Irene M. Terry
W. Carrollton, OH

457. Michael Tesori
Floral Park, NY

458. [Opted Back Into Settlement Class]

459. George A. Tsougarakis
Eva M. Poneros
Englewood, NJ

460. Irene S. Tunia
Oceanside, CA

461. Yvonne Turner
David Turner (Dec'd)
by Yvonne Turner
Auburn, CA

462. T. Edward Umphres
Lillian G. Umphres
Creve Coeur, MO

463. Regina T. Underhill
Regina T. Underhill TR
UA 01-09-02 Underhill Trust
Princeton, NJ

464. Allen Underwood
Grand Junction, MI

465. [Opted Back Into Settlement Class]

466. Gerald A. Vackar
Bay City, TX

467. Beverly Van Alst
Holiday Island, AR

468. Karel van Ooyen
Paula van Ooyen
Shelby, OH

469. Estate of Sue D. Vasan
by Sonia Vasan, Executrix
Kingwood, TX

470. Harriet Vincent
Marietta, GA

471. Walter Raymond Waddell, Jr.
Verona, VA

472. Phylis A. Wagner
Ozark, MO

473. Sidney Waldman
Great Neck, NY

474. Jacqueline E. Walker
Houston, TX

475. Herbert Smedley Walters Trust
by Herbert Smedley Walters
Bradenton, FL

476. Rachel F. Wang
Thomas Y. Wang
Sunnyvale, CA

477. Patrick Ware
Amarillo, TX

478. William James Ware
Amarillo, TX

479. Ralph W. Weaver
Mary L. Weaver
Bainbridge, GA

480. Jerome Eldon Weber
Belfair, WA

481. John Wells
Corinne C. Wells
Wells Family Tr. U/A DTD 11-14-1994
Newport Beach, CA

482. Wesley Hunt Wells
Irene M. Wells
Hillsborough, NH

483. Ernost J. Wesolowski
Omaha, NE

484. Eleonore Whiting
Bells, TX

485. Susan S. Whitney
Gray, ME

486. Virginia M. Whorf
Derwood, MD

487. [Opted Back Into Settlement Class]

488. Gregory J. Wightman
Santa Fe, NM

489. Cornella R. Wilder
Delray Beach, FL

490. Janice LuAnn Wilder
Clearwater, FL

491. Edward Williams
Marilyn Williams
Centreville, MD

492. Beverly A. Wimmer
Baraboo, WI

493. Robert Windhorst
Palm Harbor, FL

494. Warren W. Witt
Waterloo, IA

495. Elaine W. Woodman
Ayden, NC

496. Rosa B. Wu
Yonkers, NY

497. Janice M. Yarbrough
Montrose, CO

498. Bernita J. Zygmunt, Cust.
Kelly A. Zygmunt
Unif Trf Min Act MO
Loveland, CO

499. Billie Jane Blankinship
Healdsburg, CA

500. [Opted Back Into Settlement Class]

501. Jeanette Beckmann
Jeanette Beckmann TTEE
Beckmann Family Trust
Davenport, IA

502. Homi Billimoria
Mississauga, Ontario, Canada

503. Donald Brooks
Dolly Brooks
La Habra, CA

504. Dortha M. Cox
Oklahoma City, OK

505. Evelyn P. Delmarsh Trust Quantum
Value Account
Evelyn P. Demarsh TTEE UA DTD
08/10/92
by Pamela Barrett
Kamloops, BC, Canada

506. Robert Kungl (Dec'd)
by Kathryn Kungl
Hornby Island, BC, Canada

507. Assumpta O'Mahony
Co. Kilkenny, Ireland

508. Paul R. Putnam and
Mona Putnam, individually and as
Trustees of the Putnam Family
Trust
Putnam Family Trust
Escondido, CA

509. Stefan Ruchser
Gerhard Ruchser
Karlsrue, Germany

510. Ruth Ann Waters Trust
by Ruth Ann Waters, Trustee
San Diego, CA

511. Elizabeth O. Woodburne (Dec'd)
by Cathy Woodburne
Seattle, WA

53

512. Tang Kuan Yul
Singapore

513. St. Andrew's Episcopal Church
by Louis Clapper, Treasurer
Nogales, AZ

514. James J. Dorman Trust
by Lois E. Victoria, Trustee
Mission Viejo, CA

515. James O. Browning
Albuquerque, NM

516. Martha L. Rebar (Dec'd)
by Shirley E. Harris
Shirley E Harris
St. Petersburg, FL

517. Gregory L. Armstrong
Leeds, AL

518. Doris L. McCunn (Deceased)
by Thomas H. McCunn, Jr.
New Kensington, PA